```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 04 B 17188
    EARL FOWLER
    KAREN I FOWLER                           CHAPTER 13

                                             JUDGE: JACQUELINE P COX
            Debtor
   SSN XXX-XX-5874     SSN XXX-XX-6816

--------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 05/03/2004 and was confirmed 07/19/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was paid in full 03/07/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
--------------------------------------------------------------------------------
COOK COUNTY TREASURER     SECURED                .00            .00           .00
GMAC MORTGAGE             CURRENT MORTG          .00            .00           .00
GMAC MORTGAGE             MORTGAGE ARRE    21678.76            .00      21678.76
KLUEVER & PLATT           NOTICE ONLY      NOT FILED            .00           .00
HARLEM FURNITURE          SECURED                .00            .00           .00
RESURGENT CAPITAL SERVIC  UNSECURED         3328.17            .00        332.82
NATIONAL CAPITAL MGMT LL  SECURED           5000.00         481.79       5000.00
NATIONAL CAPITAL MGMT LL  UNSECURED         1980.56            .00        198.06
NATIONAL CAPITAL MGMT LL  SECURED            800.00          77.17        800.00
PEOPLES GAS LIGHT & COKE  UNSECURED               .00           .00           .00
ECAST SETTLEMENT CORP     UNSECURED          408.27            .00         40.83
SEARS PAYMENT CENTER      UNSECURED       NOT FILED            .00           .00
FIRST RESOLUTION INVES    FILED LATE            .00            .00           .00
RESURGENT CAPITAL SERVIC  UNSECURED       NOT FILED            .00           .00
NATIONAL CAPITAL MGMT LL  UNSECURED          587.28            .00         58.73
ECAST SETTLEMENT CORP     UNSECURED          783.74            .00         78.37
ECAST SETTLEMENT CORP     UNSECURED          296.26            .00         29.63
DANIEL J WINTER           DEBTOR ATTY      2,409.50                      2,409.50
TOM VAUGHN                TRUSTEE                                        1,764.87
DEBTOR REFUND             REFUND                                         2,663.83

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                    RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE            35,614.36

PRIORITY                                         .00
SECURED                                    27,478.76
   INTEREST                                   558.96
UNSECURED                                     738.44
ADMINISTRATIVE                              2,409.50

                  PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 04 B 17188 EARL FOWLER & KAREN I FOWLER
```

```
TRUSTEE COMPENSATION                                           1,764.87
DEBTOR REFUND                                                  2,663.83
                                       ----------------    ----------------
TOTALS                                       35,614.36          35,614.36
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
   Dated: 06/26/08                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE